**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION**

| | |
|---|---|
| DEBORAH THRELKELD,                )<br>                                                      )<br>            Plaintiff,                          )<br>vs.                                                )          No. 1:15-CV-0164-P-BL<br>                                                      )<br>UNITED STATES OF AMERICA,   )<br>                                                      )<br>            Defendant.                      ) | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

On March 29, 2016, the assigned Magistrate Judge issued a Report and Recommendation (doc. 20) in which he recommended that the Court grant Defendant's Motion to Dismiss (doc. 13) and dismiss this action for lack of jurisdiction. No party has filed any objection to the recommendation. After reviewing the Report and Recommendation of the United States Magistrate Judge for plain error, the undersigned is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Accordingly, the Court hereby **GRANTS** Defendant's Motion to Dismiss (doc. 13) and **DISMISSES** this action as recommended.

**SIGNED this 20th day of April, 2016.**

_____
**JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE**